IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TNWD Case # 2:26-cr-20344-1-TLP

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) Criminal No. 26-I -008 -TLP |
| v. | ) 18 U.S.C. § 1343 |
| FRANK JASON COLE, Defendant. | ) |

RECEIVED
JUL 01 2026
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

# INFORMATION

The United States Attorney charges:

## COUNT 1
## WIRE FRAUD

From on or about July 1, 2022, to on or about July 31, 2023, in the Western District of Tennessee and elsewhere, being aided and abetted by individuals known and unknown, the defendant,

**FRANK JASON COLE**

knowingly devised and participated in and intended to devise and participate in a scheme to defraud and to obtain money from the federal government by means of materially false and fraudulent pretenses, representations, and promises, by the sending of wires in interstate commerce in order to generate erroneous tax refunds for himself and others by preparing and filing false Forms 944, Employer's Annual Federal Tax Returns (Forms 944), with the Internal Revenue Service. In furtherance of the scheme, on September 5, 2022, **FRANK JASON COLE** prepared and filed a 2021 Form 944 for S.H.L., with a fictitious entry of $348,280 on line one, "wages, tips, and other compensation" and a fictitious entry of $243,796 on line 10j "total deposits and

refundable credits less advances," which was transmitted as a wire transmission in interstate commerce, all in violation of 18 U.S.C. § 1343.

## NOTICE OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this information; and

b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds stated above:

a. A money judgment, e.g., a sum of money equal to at least $1,756,927.26 which represents the aggregate of the tax refund checks that **COLE**

received for the false Forms 944 that he filed for his businesses and the fees that he received from clients for preparing false Forms 944.

DATED:

DAVID DUNAVANT

Digitally signed by DAVID DUNAVANT
Date: 2026.06.30 16:49:16 -05'00'

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 26-I-008-TLP |
| | ) | |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | |
| FRANK JASON COLE, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF PENALTIES

## COUNT 1
## WIRE FRAUD

Penalties: nmt 20 yrs, $250,000 fine, or both; nmt 3 yrs supervised release; $100 special assessment.